UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

**05 11588 RWZ**

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff identifies its parent corporations and any publicly held company that owns 10% or more of Plaintiff's stock.

PARAMOUNT PICTURES CORPORATION is a wholly owned subsidiary of Viacom Inc., a publicly traded U.S. company.

Dated: July 28, 2005

Respectfully submitted,

*[signature]*

James B. Conroy (BBO # 96315)
Matthew N. Kane (BBO # 636801)
DONNELLEY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Tel. (617) 720-2880
Fax (617) 720-3554

*Attorneys for Plaintiff*