UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

PARAMOUNT PICTURES CORPORATION, )
a Delaware corporation, )
)
)
Plaintiff, )
)
v. )
)
JOHN DOE, )
) Case No. 05-11588-RWZ
Defendant. )
)

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses the Defendant and all of the claims in the above-captioned action **with prejudice**, each side to bear its own costs and attorneys' fees.

Dated: November 7, 2005

Respectfully submitted,

*[signature]*
James B. Conroy (BBO # 96315)
Matthew N. Kane (BBO # 636801)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Tel. (617) 720-2880
Fax (617) 720-3554

*Attorneys for Plaintiff*